H. S. DORF & CO., INC., ET AL. *v.* UNITED STATES

No. 6546.—Invoices dated London, England, July 1944, etc.
　　　　Certified July 1944, etc.
　　　　Entered at New York, N. Y., August 15, 1944, etc.
　　　　Entry No. 00876, etc.

(Decided November 25, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
　(Stipulation omitted.)
　On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
　Judgment will be rendered accordingly.

AMERICAN SHIPPING CO. ET AL. *v.* UNITED STATES

No. 6547.—Invoices dated London, England, November 3, 1941, etc.
　　　　Entered at New York, N. Y., December 19, 1941, etc.
　　　　Entry No. 730377, etc.

(Decided November 25, 1946)

*Strauss & Hedges* (*Eugene F. Blauvelt* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, were filed by the plaintiffs for the purpose of having decided the question of whether or not a so-called British purchase tax should be included as a part of the dutiable values of the merchandise.
　In submitting the appeals for decision counsel for the respective parties have agreed that the issues herein and the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, are similar in all material respects, and the record therein has been admitted in evidence in this case.
　Upon the agreed facts, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any additions made by the importers to meet advances by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.